*James W. Reed* v. *Danford Marble.* J. L. CURTENIUS, for complainant; S. G. HAVEN, for defendant. Decided that the assignee of a bond and mortgage, as well as assignees of other choses in action, must give notice of the assignment if he wishes to protect himself against a bona fide payment to the assignor, by the mortgagor. And that even the recording of an assignment of a mortgage is only constructive notice to subsequent purchasers or assignees of or from the mortgagor or original assignor.

*Notice of an assignment of a bond and mortgage.*

Order appealed from affirmed with costs.

*Fayette B. Tower* v. *Henry White et al.* C. P. KIRKLAND, for complainant : A. TABER, for defendant White. Decretal order appealed from affirmed with costs; and proceedings remitted.

# BENJ. F. SHERMAN,

## MASTER IN CHANCERY,

### 18 Wall-street, New-York.